# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Chapter 7 Proceedings |
| | ) | |
| RICHARD PAUL BROWN and BELINDA GAIL BROWN, | ) ) | Case No: 2:18-bk-00723-DPC |
| | ) | Adversary No. 2:18-ap-00057-DPC |
| Debtors. | ) | |
| | ) | |
| K.A. FUCIARELLI, a married individual dealing with his sole and separate property; and THE FUCIARELLI GROUP, LLC, an Arizona limited liability company, | ) ) ) ) | |
| | ) | **ORDER DENYING DEFENDANTS'** |
| Plaintiffs, | ) ) | **REQUEST TO (1) FILE ELECTRONICALLY AND** |
| v. | ) | **(2) EXTEND DATES** |
| | ) | |
| RICHARD PAUL BROWN and BELINDA GAIL BROWN, husband and wife, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

On September 13, 2018, Defendants Richard Paul Brown and Belinda Gail Brown ("Debtors"), filed a request to file electronically and to extend dates ("Motion"). Plaintiffs filed a response ("Response") on September 17, 2018.

Debtors have requested that the Court grant them rights to file their documents via the Court's Electronic Court Filing System. Pursuant to the ECF Users' Administrative Guide for the U.S. Bankruptcy Court for the District of Arizona, non-attorneys may not electronically file documents. See Section I. Debtors are not licensed attorneys. The Court hereby denies Debtors' request to file its pleadings electronically.

Next, Debtors claim they have not received communications from the Court either at their old address in Arizona (10182 East Phantom Way, Scottsdale, Arizona 85255) (the "Arizona Address") or their new address in Australia (P.O. Box 3119, New Market, QLD 4051 Australia) (the "Australia Address"). The Court has reviewed the docket and determined that all notices prior to August 23, 2018 were mailed to Debtors at their Arizona address via the Bankruptcy Noticing Center.

On August 23, 2018, the Court received correspondence from Debtor Richard Paul Brown ("Mr. Brown") dated August 19, 2018 (the "August 19 Letter"), informing the Court that "our" mailing address changed. The August 19 Letter was filed in Debtors' administrative case, case number 2:18-bk-723-DPC at DE 93. Mr. Brown's address was updated on both the administrative and adversary dockets. Since that time, Mr. Brown has been provided notice of all filings at the Australia Address. See, for example, the Order Setting Oral Argument and Briefing Schedule, p. 4 (DE 44). Debtor Belinda Gail Brown ("Mrs. Brown") continues to receive notice in both the administrative and adversary cases at the Arizona Address because she did not sign the August 19 Letter. The Clerk's office requires a signature for each party in order to change the mailing address on the Court's docket. In this case, Mr. Brown's was the only signature on the August 19, 2018 letter. At bottom, since August 23, 2018, all notices go to both the Arizona Address (addressed to Mrs. Brown) and the Australia Address (addressed to Mr. Brown).

On September 11, 2018, Chris D. Barski ("Mr. Barski") filed a notice of limited scope appearance to represent Debtors in responding to the motion for summary judgment and any related oral argument. On September 13, 2018, the parties filed a stipulated motion to extend briefing schedule regarding the motion for summary judgment (DE 48). The Court granted the stipulated motion on September 13, 2018 (DE 50). Further, Debtors have been in communication with Plaintiffs' counsel via their email

address, rickbrown.us@gmail.com, concerning the deadline to file a joint pretrial statement. See August 28, 2018 email attached as Exhibit B to Plaintiffs' motion to file unilateral pretrial statement (see DE 51, p. 17). Based on the foregoing, the Debtors have received sufficient notice of deadlines and their request to extend dates is denied.

**IT IS ORDERED** denying Debtors' Motion in its entirety.

**DATED AND SIGNED ABOVE.**

**To be Noticed through the BNC to:**
Interested Parties