# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

_____
Daniel P. Collins, Bankruptcy Judge

### Hearing Information:

| | |
|---|---|
| **Debtor:** | RICHARD PAUL & BELINDA GAIL BROWN |
| **Case Number:** | 2:18-BK-00723-DPC    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 18, 2018 01:30 PM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RENEE BRYANT |

### Matters:

1) **ADV: 2-18-00057**

   K.A. FUCIARELLI & THE FUCIARELLI GROUP, LLC vs RICHARD PAUL BROWN & BELINDA GAIL BROWN

   ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PRE-TRIAL MEMORANDUM OF FACTS AND LAW FILED BY BELINDA GAIL BROWN, RICHARD PAUL BROWN.

   R / M #:   33 / 0

2) **ADV: 2-18-00057**

   K.A. FUCIARELLI & THE FUCIARELLI GROUP, LLC vs RICHARD PAUL BROWN & BELINDA GAIL BROWN

   ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT FILED BY RICHARD G. HIMELRICK OF TIFFANY & BOSCO, P.A. ON BEHALF OF K.A. FUCIARELLI, THE FUCIARELLI GROUP, LLC.

   R / M #:   40 / 0

3) **ADV: 2-18-00057**

   K.A. FUCIARELLI & THE FUCIARELLI GROUP, LLC vs RICHARD PAUL BROWN & BELINDA GAIL BROWN

   FINAL PRETRIAL CONFERENCE  (RICHARD PAUL BROWN  - T)

   R / M #:   6 / 0

### Appearances:

RICHARD G. HIMELRICK, ATTORNEY FOR K.A. FUCIARELLI, THE FUCIARELLI GROUP, LLC

JAMES ST. PIERRE CHRISTIAN, ATTORNEY FOR K.A. FUCIARELLI, THE FUCIARELLI GROUP, LLC

CHRIS BARSKI, ATTORNEY FOR RICHARD AND BELINDA BROWN

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:18-BK-00723-DPC       THURSDAY, OCTOBER 18, 2018 01:30 PM

*Proceedings:*

Mr. Barski argues the Motion for Summary Judgment and Response in Opposition to Plaintiff's Motion for Summary Judgment. Mr. Barski focuses on the promissory note, subscription agreement and the operating agreement. Mr. Barski advises he made an appearance in limited scope and asks the Court to allow him until Friday, October 26, 2018, to decide whether to represent the Debtors at trial.

Mr. Himelrick responds and presents his oral argument on the Motion for Summary Judgment filed at docket #40. He argues Mr. Brown misrepresented his intended use of Dr. Fuciarelli money and he discusses the factual issues that the Court needs to hear at trial.

THE COURT HEARD ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED ON AUGUST 2, 2018, AND DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED ON SEPTEMBER 21, 2018. THE COURT CONSIDERED THE PARTIES' PAPERS RELATED TO THE MOTION AND THE ARGUMENTS OF COUNSEL.

THE COURT placed its decision on the record. This constitutes findings of fact and conclusions of law pursuant to Fed. R. Civ. P. 52 as adopted by Rule 7052 of the Federal Rules of Bankruptcy Procedure. Anyone wishing a copy of said ruling may contract with the electronic court reporter for a compact disc or transcript.

COURT: IT IS ORDERED DENYING THE MOTION FOR SUMMARY JUDGMENT.

IT IS FURTHER ORDERED SETTING A ONE DAY TRIAL ON JANUARY 8, 2019, AT 9:00 A.M.

IT IS FURTHER ORDERED MR. BARSKI SHALL HAVE UNTIL FRIDAY, OCTOBER 26, 2018, TO FILE A NOTICE OF APPEARANCE FOR THE DEFENDANTS IN THE ADVERSARY PROCEEDING.

IT IS FURTHER ORDERED THE JOINT PRETRIAL STATEMENT IS TO BE FILED

Case 2:18-ap-00057-DPC    Doc 66    Filed 10/25/18    Entered 10/25/18 15:26:51    Desc
Main Document    Page 2 of 3

10/25/2018    1:20:04PM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
## Minute Entry

(continue)...  2:18-BK-00723-DPC  THURSDAY, OCTOBER 18, 2018 01:30 PM

NO LATER THAN NOVEMBER 30, 2018.

THE COURT ADVISES IF MR. BROWN ACTS PRO SE AND DOES NOT PARTICIPATE IN THE PREPARATION OF THE JOINT PRETRIAL STATEMENT, AND IF PLAINTIFF IS NOT GETTING COOPERATION FROM HIM THE SOLUTION THAT WHATEVER MR. BROWN WANTS SUBMITTED AT TRIAL WILL NOT BE ALLOWED UNLESS HE PARTICIPATES IN THE JOINT PRETRIAL PROCESS.

THE COURT REFERENCES LOCAL RULE 9013-1 MOTION PRACTICE AS IT RELATES TO DISCOVERY DISPUTES. THE COURT ADVISES SHOULD A DISCOVERY DISPUTE ARISE COUNSEL ARE NOT TO FILE A MOTION TO COMPEL BUT SHOULD ENGAGE IN A MEANINGFUL EFFORT TO RESOLVE THE DISPUTE. FAILING WHICH COUNSEL SHOULD CONTACT THE COURTROOM DEPUTY WHO WILL THEN SCHEDULE A TELEPHONIC CONFERENCE WITH THE COURT.