```
                        United States Bankruptcy Court
                             District of Arizona
Fuciarelli,
         Plaintiff                                          Adv. Proc. No. 18-00057-DPC
Brown,
         Defendant
```

# CERTIFICATE OF NOTICE

District/off: 0970-2          User: downsd            Page 1 of 1            Date Rcvd: May 09, 2019
                              Form ID: pdf08a         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
              +Raphael O. Gomez,    Senior Trial Counsel,    U.S. Deptartment of Justice,
                Rm. 12004, 1100 L Street, N.W.,    Washington, DC 20005-4035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              CHRIS D. BARSKI    on behalf of Defendant Richard Paul Brown cbarski@barskilaw.com,
               dromero@bdbattorneys.com
              CHRIS D. BARSKI    on behalf of Defendant Belinda Gail Brown cbarski@barskilaw.com,
               dromero@bdbattorneys.com
              JAMES ST. PIERRE CHRISTIAN    on behalf of Plaintiff   The Fuciarelli Group, LLC
               James@ChristianAndersonLaw.com
              JAMES ST. PIERRE CHRISTIAN    on behalf of Plaintiff K.A.  Fuciarelli
               James@ChristianAndersonLaw.com
              RICHARD G. HIMELRICK    on behalf of Plaintiff   The Fuciarelli Group, LLC rgh@tblaw.com,
               sab@tblaw.com
              RICHARD G. HIMELRICK    on behalf of Plaintiff K.A.  Fuciarelli rgh@tblaw.com,  sab@tblaw.com
                                                                                                 TOTAL: 6

SO ORDERED.

Dated: May 8, 2019

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 Proceedings |
| RICHARD PAUL BROWN and BELINDA GAIL BROWN, | Case No: 2:18-bk-00723-DPC |
| Debtors. | Adversary No. 2:18-ap-00057-DPC |
| K.A. FUCIARELLI, a married individual dealing with his sole and separate property; and THE FUCIARELLI GROUP, LLC, an Arizona limited liability company, | |
| Plaintiffs, | **ORDER RE: UNDER SEAL DISCOVERY RESPONSES** |
| v. | |
| RICHARD PAUL BROWN and BELINDA GAIL BROWN, husband and wife, | |
| Defendants. | |

This Court entered its Order[1] in this adversary proceeding directing Defendants/Debtors Richard Paul Brown and Belinda Gail Brown ("Defendants") to deliver to this Court, in a sealed envelope, full and complete written responses, as well as responsive documents, to written discovery propounded by Plaintiff, K.A. Fuciarelli, a married individual dealing with his sole and separate property, and The Fuciarelli Group, LLC, an Arizona limited liability company ("Plaintiffs"). The Court received the

---

[1] DE 102 dated March 21, 2019.

1

discovery responses and documents on April 19, 2019, and then conducted its *in camera* review of the Defendants' discovery responses. Additionally, on May 7, 2019, this Court's chambers received an email from the U.S. Department of Justice concerning this bankruptcy.

**IT IS HEREBY ORDERED** setting a hearing for **May 28, 2019, at 11:00 a.m.** at the U.S. Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona 85003, Courtroom No. 603, concerning the Defendants' discovery responses and documents delivered to this Court. The Court invites the Department of Justice to appear in person or telephonically at this hearing. Arrangements for a telephonic appearance may be made by contacting Courtroom Deputy Rhonda Vaughan at 602-682-4228.

**DATED AND SIGNED ABOVE.**

COPY of the foregoing mailed by the BNC and/or
sent by auto-generated mail to:

Richard G. Himelrick
Christopher R. Kaup
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016

James S. Christian
CHRISTIAN ANDERSON, PLC
505 North 40th Street
Suite 320
Phoenix, Arizona 85020

Chris D. Barski
Barski Law Firm PLC
8700 E. Via de Ventura, Suite 140
Scottsdale, Arizona 85258

Raphael O. Gomez
Senior Trial Counsel
U.S. Department of Justice
Rm. 12004, 1100 L Street, N.W.
Washington, D.C. 20005