# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RICHARD PAUL & BELINDA GAIL BROWN |
| **Case Number:** | 2:18-BK-00723-DPC  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, MAY 28, 2019 11:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RENEE BRYANT |

## Matters:

1) ADV: 2-18-00057

   **K.A. FUCIARELLI & THE FUCIARELLI GROUP, LLC vs RICHARD PAUL BROWN & BELINDA GAIL BROWN**
   FINAL PRETRIAL CONFERENCE
   R / M #:  81 / 0

2) ADV: 2-18-00057

   **K.A. Fuciarelli & The Fuciarelli Group, LLC vs Richard Paul Brown & Belinda Gail Brown**
   HEARING CONCERNING THE DEFENDANT'S DISCOVERY RESPONSES AND DOCUMENTS DELIVERED TO THIS COURT  (The Court invites the Department of Justice to appear in person
   or telephonically at this hearing. Arrangements for a telephonic appearance may be made
   by contacting Courtroom Deputy Rhonda Vaughan at 602-682-4228.
   R / M #:  111 / 0

## Appearances:

RICHARD G. HIMELRICK, ATTORNEY FOR K.A. FUCIARELLI, THE FUCIARELLI GROUP, LLC, K.A. FUCIARELLI

JAMES ST. PIERRE CHRISTIAN, ATTORNEY FOR K.A. FUCIARELLI, K.A. FUCIARELLI, THE FUCIARELLI GROUP, LLC

CHRIS D. BARSKI, ATTORNEY FOR RICHARD PAUL BROWN, BELINDA GAIL BROWN

RAPHAEL GOMEZ, ATTORNEY FOR U. S. DEPARTMENT OF JUSTICE

Page 1 of 2

Case 2:18-ap-00057-DPC    Doc 114    Filed 05/28/19    Entered 05/29/19 07:46:17    Desc
Main Document    Page 1 of 2    05/29/2019    7:46:05AM

# Minute Entry

(continue)... 2:18-BK-00723-DPC      TUESDAY, MAY 28, 2019 11:00 AM

*Proceedings:*

Mr. Gomez requests the Court allow an in-chambers discussion relating to what has been provided and what he is prepared to provide.

Mr. Himelrick agrees it is appropriate to go off the record and to have a discussion in chambers.

Mr. Barski agrees it is acceptable to go off the record and to meet in chambers with Mr. Gomez.

After an in-chambers discussion with counsel the Court goes back on the record at 1:20 p.m.

COURT: IT IS ORDERED VACATING THE JUNE 27, 2019, TRIAL AND SETTING A STATUS HEARING/PRETRIAL CONFERENCE ON JUNE 27, 2019, AT 11:00 A. M.